

NUMBER 13-12-00677-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MIGUEL ANGEL MARTINEZ,                                                   Appellant,

v.

THE STATE OF TEXAS,                                                       Appellee.

### On appeal from the 138th District Court
### of Cameron County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Memorandum Opinion Per Curiam

Appellant, Miguel Angel Martinez, by and through his attorney, has filed an amended motion to dismiss his appeal because a new cause number was issued inadvertently by this Court. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we GRANT the amended motion to dismiss pursuant to Texas Rule of

Appellate Procedure 42.2(a) and DISMISS the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
18th day of April, 2013.